13891.   AMERICAN SURETY COMPANY OF NEW YORK *v.* SMALL
QUARRIES COMPANY.

JENKINS, P. J.   Under the answer of the Supreme Court to the controlling
question in this case, certified to it by this court, it was error for the
court below to overrule the general demurrer to the plaintiff's petition
as amended. *American Surety Co.* v. *Small Quarries Co.,* 157 *Ga.* 33
(120 S. E. 617).

> *Judgment reversed.   Stephens and Bell, JJ., concur.*
>
> DECIDED FEBRUARY 11, 1924.

Action on bond; from Bibb superior court—Judge Malcolm D.
Jones.   June 26, 1922.

*Robert W. Barnes,* for plaintiff in error.

*Jones, Park & Johnston,* contra.

---

14256.   VAN TREECK *v.* TRAVELERS INSURANCE COMPANY *et al.*

JENKINS, P. J.   1. Under the ruling of the Supreme Court in answer to
the question certified to it by this court in this case (157 *Ga.* 204, 121
S. E. 215), tne employee seeking compensation under the workmen's
compensation act of 1920 did not fail to give sufficient notice of his
injury to his employers.

2. The award of the commissioner hearing the evidence, and its affirmance
by the full industrial commission upon appeal by the insurance carrier,
were authorized by the evidence, and it was error, on an appeal there-
from to the superior court under the terms of the act creating the com-
mission, to set aside the award in favor of the employee and render
judgment in favor of the defendants, upon the grounds that no writ-
ten notice was given to the employers and that the order of the com-
mission was contrary to law and without evidence to support it.

> *Judgment reversed.   Stephens and Bell, JJ., concur.*
>
> DECIDED FEBRUARY 11, 1924.

Appeal; from Chatham superior court—Judge Meldrim.   Jan-
uary 8, 1923.

*Oliver & Oliver,* for plaintiff.

*Lawrence & Abrahams, McDaniel & Neely, Harry L. Greene,*
for defendants.